IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KURT ZEGLEN,

        Plaintiff,

v.                           3:14-CV-00173

                           (JUDGE MARIANI)

NORTHWESTERN MUTUAL LIFE
INSURANCE CO.,

        Defendant.

## ORDER

AND NOW, THIS 25TH DAY OF AUGUST 2014, upon consideration of Defendant's Motion to Dismiss (Doc. 6) and all accompanying briefs, **IT IS HEREBY ORDERED THAT** Defendant's Motion to Dismiss Count II (covenant of good faith and fair dealing) and Count IV (Unfair Trade Practices and Consumer Protection Law) of the Complaint (Doc. 2) is **GRANTED**. Counts II and IV are **DISMISSED WITH PREJUDICE**. Count I (breach of contract) and Count III (statutory bad faith) remain.

Robert D. Mariani
United States District Judge